# First District Court of Appeal
## State of Florida

_____

No. 1D18-4310
_____

UPSIDE PROPERTY INVESTMENT,
L.L.C.,

    Appellant,

    v.

HSBC BANK USA, N.A., as
Trustee for Merrill Lynch
Mortgage Investors, Inc.,
Mortgage Pass-Through
Certificates, MANA Series 2007-
A2,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

June 21, 2019


Per Curiam.

    Affirmed.

Lewis, Osterhaus, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessie L. Harrell, The Harrell Firm, Jacksonville, for Appellant.

Richard S. McIver and H. Michael Muñiz, Kass Shuler, P.A., Tampa, for Appellee.